Agurs

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Horace Agurs,       
Respondent,
 
 
 

v.

 
 
 
State of South Carolina,       
Petitioner.
 
 
 

ON WRIT OF VERTIORARI
Appeal From Chester County
Paul E. Short, Jr. Circuit Court Judge
Kenneth G. Goode, Post-Conviction 
 Relief Judge

Memorandum Opinion No. 2004-MO-020
Submitted March 17, 2004 - Filed April 
 19, 2004

REVERSED

 
 
 
Attorney General Henry D. McMaster, Chief Deputy 
 Attorney General John McIntosh, Chief Capital & Collateral Litigation Donald 
 Zelenka, Assistant Deputy Attorney General Salley Elliott, and Assistant Attorney 
 General Douglas E. Leadbitter, Office of the Attorney General, all of Columbia, 
 for Petitioner.
Assistant Appellate Defender Aileen P. Clare, Office 
 of Appellate Defense, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Reversed pursuant to Rule 220(b)(1), 
 SCACR, and the following authorities: Issue 1: Hill v. State, 350 S.C. 
 465, 567 S.E.2d 847 (2002) (guilt was so conclusively proven that there was 
 no reasonable probability that the trial judges faulty instruction affected 
 the result).  Issue 2: State v. Truesdale, 285 S.C. 13, 328 S.E.2d 53 
 (1984) (where review of the entire record establishes error is harmless beyond 
 a reasonable doubt, conviction will not be overturned for a Doyle violation), 
 revd in part on other grounds, Truesdale v. Aiken, 480 U.S. 527, 
 107 S.Ct. 1394, 94 L.Ed.2d 539 (1987).
REVERSED.
TOAL, C.J., MOORE, WALLER, BURNETT 
 and PLEICONES, JJ., concur.